## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

**JOSHUA P. THOMPSON,**           )
                               )
    **Plaintiff,**           )
                               )
**v.**           )           **NO. 3:18-cv-00227**
                               )
**CHEATHAM COUNTY JAIL, et al.,**           )           **JUDGE CAMPBELL**
                               )           **MAGISTRATE JUDGE NEWBERN**
    **Defendants.**           )

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 10), which was filed on October 15, 2019. Through the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure for failure to effect service of process and failure to prosecute. On December 3, 2018, the Magistrate Judge ordered Plaintiff to show cause within 30 days as to why the only defendant had yet to be served. (Doc. No. 9). Plaintiff was warned that failure to do so would likely result in recommendation that his case be dismissed. (*Id.*). Plaintiff did not respond to the show cause order and has not served the remaining defendant. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice.

It is so **ORDERED**.

                                           _____

                                           WILLIAM L. CAMPBELL, JR.
                                           UNITED STATES DISTRICT JUDGE